CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 29 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | ) | |
| | ) | **Crim. No. 1:04-cr-00067-001** |
| | ) | **Civil Action No. 1:08-cv-80020** |
| **v.** | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **CECIL WAMPLER** | ) | **By: Hon. James C. Turk** |
| | ) | **Senior United States District Judge** |

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C.

§ 2255, shall be and hereby is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2255

Proceedings, as untimely filed, and this action is stricken from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner.

**ENTER**: This ___29th___ day of February, 2008.

Senior United States District Judge