CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

AUG 27 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 1:04-cr-000067-1 |
| | ) | |
| v. | ) | **2255 ORDER** |
| | ) | |
| CECIL EDWARD WAMPLER, JR., | ) | By: Hon. James C. Turk |
|     Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of <u>audita querela</u> (docket #152) is **DENIED**; upon the Court construing the petition, the Clerk shall **OPEN** a new case for petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255; petitioner's § 2255 motion is **DISMISSED without prejudice as successive**; and the cases are **STRICKEN** from the active docket of the Court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This _27th_ day of August, 2009.

/s/ James C. Turk
Senior United States District Judge