CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 23 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:04-cr-00067-1 |
| v. | 2255 FINAL ORDER |
| CECIL EDWARD WAMPLER, JR. | By: Hon. James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice as successive** and the case is **STRICKEN** from the active docket.

ENTER: This 23rd day of October, 2009.

_____
Senior United States District Judge