CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 11 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 1:04CR00067 |
|---|---|
| v. | ) **FINAL ORDER** |
| CECIL EDWARD WAMPLER, JR., | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying Opinion, it is

## ADJUDGED AND ORDERED

as follows:

1. The defendant's pro se motion for appointment of counsel and a hearing (ECF No. 181) is DENIED;

2. The Clerk is DIRECTED to redocket the motion (ECF No. 181) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

3. The § 2255 motion is DENIED without prejudice as successive;

4. Based upon the Court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED; and

5. The § 2255 motion is stricken from the active docket of the court.

**ENTER**: This 11th day of February, 2014.

/s/ James C. Turk
Senior United States District Judge