CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:04CR00067 |
| | ) | (CASE NO. 1:15CV80842) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| CECIL EDWARD WAMPLER, JR., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED WITHOUT PREJUDICE** as successive, a certificate of appealability is **DENIED** as to this ruling, and this § 2255 action is stricken from the active docket of the court.

ENTER: This 8th day of September, 2015.

/s/ Glen Conrad
Chief United States District Judge